# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LATRELL D. CARROLL,**

    **Movant,**

**vs.**                                     **Case No. 4:10mc29-RH/WCS**

**UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL,**

    **Respondent.**

    _____/

## REPORT AND RECOMMENDATION

Pending is a Motion to Challenge Government's Access to Financial Records. Doc. 1. The motion is filed pursuant to 12 U.S.C. § 3410.

Respondent has filed a limited response arguing that the Motion was not timely filed as required by § 3410(a). Doc. 4. Movant was provided an opportunity to file a response, doc. 6, but has not done so.

Movant has not contested Respondent's assertion that the subpoena was personally served upon her on March 3, 2010. This motion was not filed until March 17, 2010, beyond the 10 days for filing a motion to quash this subpoena as set forth in §

3410(a) when there is personal service.  This time limit is to be strictly construed.  Siegfried v. Inspector General of U.S. Dept. of Agriculture, 163 F.Supp.2d 170, 173 (E.D. N.Y. 2001).

The court is not to order a response from the Government until it has been determined that Movant has complied with § 3410(a).  12 U.S.C. § 3410(b).  It now is determined that the motion was not timely filed.

Accordingly, it is **RECOMMENDED** that the court **DISMISS** this motion, doc. 1, as untimely filed pursuant to 12 U.S.C. § 3410(a).

**IN CHAMBERS** at Tallahassee, Florida, on April 29, 2010.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**